JS - 6 / ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA DICHTER, ) | Case No. CV 12-3384-JPR |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social ) Security, ) | |
| Defendant. ) | |

For the reasons set forth in the accompanying Memorandum and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is hereby entered in the Commissioner's favor.

DATED: April 23, 2013

**JEAN ROSENBLUTH**
JEAN ROSENBLUTH
U.S. Magistrate Judge